No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BLANCHE RUTH RUBINOFF, Appellant, v. DAVID RUBINOFF, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SPECIALTY PATENTS HOLDING Co., INC., and Another, Respondents, v. THE ARO EQUIPMENT CORPORATION, Appellant.— Order modified by providing that the costs of the reference shall be upon the unsuccessful party, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GIBBS & HILL, INC., Respondent, v. STELLA M. BELL, Administratrix, etc., of EDMUND J. BELL, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BERRY PINK, Respondent, v. MORRIS ROSENTHAL and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ALEX. B. GREENBERG, Appellant, v. MITCHELL L. ERLANGER and Another, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PERCY J. BARTON, Respondent, v. THOMAS KANE, Warden of New York County Jail, Borough of Manhattan, County of New York, City of New York, Respondent. WILLIAM COHEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROBERT BOOTH, Appellant, v. PUBLIC INDUSTRIALS CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote for affirmance.

NICOLE DE PARIS, INC., Respondent, v. HARRY KALMAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HUDSON VALLEY PURE FOOD COMPANY, INC., v. WILLIAM H. WOODIN, Agent for Director General of Railroads.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of WALTER A. BYRNES against PAUL WINDELS, Corporation Counsel of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SILAS EZRA, Suing on Behalf of Himself Individually, and on Behalf of All Other Bondholders Similarly Situated, etc., v. THOMAS W. LAMONT and Others.— UNITED STATES OF MEXICO, Appearing Specially, etc.— Motion for leave to appeal to the Court of Appeals and for further relief denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BERTHA GREENBERG and Another v. 933 EAST ONE HUNDRED AND EIGHTY-FIRST STREET REALTY CORPORATION.— Motion for leave to appeal to the Court